# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| ZULFIQAR AHMAD, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) 4:17-cv-0085-KOB-JEO |
| JEH C. JOHNSON, Secretary of | ) |
| Homeland Security, et al., | ) |
| | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

Petitioner Zulfizar Ahmad filed his *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, contending that federal immigration authorities were illegally detaining him pending his removal from the United States. (Doc. 1). The court has determined that Ahmad was deported on May 31, 2017. Accordingly, this matter is moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003) ("a case must be dismissed as moot if the court can no longer provide 'meaningful relief'").

The court will enter a separate Final Order.

DONE and ORDERED this 5th day of March, 2018.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE